UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ESTER BREUER,

                Plaintiff,

v.

                                    ORDER

NORTHSTAR LOCATION SERVICES, LLC
and CREDITSHOP LLC,                      20-cv-01595 (PMH)

                Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

The parties have informed the Court that they have reached a settlement in principle in this case. Accordingly, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED. The Clerk is directed to terminate the motion (Doc. 21).

SO ORDERED:

Dated: New York, New York
         June 12, 2020

                                                    _____
                                                    Philip M. Halpern
                                                   United States District Judge